# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHARLIE MARTINEZ,** ) | |
| ) | **8:05CV325** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **ROBERT HOUSTON, Director of** ) | |
| **Douglas County Corrections, and** ) | |
| **COUNTY OF DOUGLAS, NEBRASKA** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the Court on Plaintiff's Motion to Strike (Filing No. 7) Filing No. 4 because the wrong document is attached. The plaintiff has since refiled the correct document.

**IT IS ORDERED:**

1.   The plaintiff's Motion to Strike Filing No. 4 (Filing No. 7) is granted.

2.   The Clerk's Office shall strike Filing No. 4 from the record.

Dated this 14th day of July, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge

Dockets.Justia.com