# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLIE MARTINEZ, ) | |
| ) | 8:05CV325 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ROBERT HOUSTON, Director of ) | |
| Douglas County Corrections, and ) | |
| COUNTY OF DOUGLAS, NEBRASKA ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's Motion to Strike (Filing No. 7) Filing No. 4 because the wrong document is attached. The plaintiff has since refiled the correct document.

**IT IS ORDERED:**

1. The plaintiff's Motion to Strike Filing No. 4 (Filing No. 7) is granted.
2. The Clerk's Office shall strike Filing No. 4 from the record.

Dated this 14th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge