IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLIE MARTINEZ, | ) | CASE NO. 8:05CV325 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| | ) | |
| ROBERT HOUSTON, Director of | ) | |
| Douglas County Corrections, and | ) | |
| COUNTY OF DOUGLAS, NEBRASKA | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER coming before the Court on the Plaintiff's Motion For Extension of Time (Filing No. 58) requesting an extension in which to file his response to Defendant's Motion for Summary Judgment from December 20, 2006 to January 3, 2007.  Just cause for the Motion being demonstrated and there being no objection hereto by the Defendants, the Court finds that Plaintiff's Motion For Extension of Time should be granted.

IT IS THEREFORE ORDERED that the time in which to file his response to Defendant's Motion for Summary Judgment be extended to **January 3, 2007.**

Dated this 8th day of December, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
CHIEF U.S. DISTRICT JUDGE