IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLIE MARTINEZ,    )<br>                            )<br>        Plaintiff,    )<br>                            )<br>vs.                         )<br>                            )<br>ROBERT HOUSTON, et al.    )<br>                            )<br>        Defendants.    )  | 8:05CV325<br><br>AMENDED<br>FINAL PROGRESSION ORDER |

This matter is before the court *sua sponte*.

Due to the time required to accommodate the parties' requests for extensions relating to the motion for summary judgment, the pretrial conference and trial of this matter will be continued.

**IT IS ORDERED:**

1. **Motions in Limine. Any** motions *in limine* shall be filed not later than **April 6, 2007.**

2. **The Final Pretrial Conference** with the undersigned magistrate judge is set for **April 16, 2007, at 1:30 p.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties. Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2. By the time of the pretrial conference, full preparation for trial shall have been made so that trial may begin at any time during the session indicated below.

3. **Trial** is set to commence **at 8:30 a.m. on May 21, 2007,** in Omaha, Nebraska, before the Honorable Joseph F. Bataillon and a jury.

4. **Motions to Alter Dates.** All requests for changes of date settings shall be directed to the undersigned magistrate judge by appropriate motion.

DATED this 16th day of January, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge